<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-1312**

———————————

JEFFREY E. JOHNSON,

                             Plaintiff - Appellant,

    versus

METROPOLITAN WASHINGTON AIRPORTS AUTHORITY,

                             Defendant - Appellee,

MICHAEL CZLONKA, Deputy Police Chief; DAVID A.
VARRELMAN, Police Chief; PATTIE TOM, Manager,
Office of Equal Opportunity Programs; ELMER
TIPPETT, Manager, Public Safety Division,

                             Defendants.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-97-856-A)

———————————

Submitted: August 27, 1998    Decided: September 10, 1998

———————————

Before NIEMEYER and HAMILTON, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

Jeffrey E. Johnson, Appellant Pro Se.  Morris Kletzkin, Mark David Crawford, FRIEDLANDER, MISLER, FRIEDLANDER, SLOAN & HERZ, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jeffrey Johnson appeals from the district court's order granting summary judgment to the Defendant Metropolitan Washington Airports Authority on his employment discrimination action. Our review of the record discloses no reversible error. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED